### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA GAIL BARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:09-cv-0249-BSM |
| | ) | |
| | ) | |
| PINNACLE BUSINESS SOLUTIONS, INC., | ) | |
| ARKANSAS BLUE CROSS & BLUE SHIELD, | ) | |
| and THERESA HELLIWELL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Considering the Stipulation of Dismissal with Prejudice filed by Plaintiff and Defendants wherein Plaintiff dismisses with prejudice each and every claim against Defendants hereto, and Defendant Arkansas Blue Cross & Blue Shield dismisses with prejudice its Counterclaim against Plaintiff, and finding it to be well taken;

IT IS ORDERED, ADJUDGED, AND DECREED that all claims made herein by Plaintiff against Defendants and Defendant Arkansas Blue Cross & Blue Shield's Counterclaim against Plaintiff are hereby dismissed with prejudice, in accordance with the Stipulation of Dismissal with Prejudice previously filed in the record.  Each party is to bear its own costs.

THIS THE 29th day of September 2010.

_____
JUDGE BRIAN S. MILLER

APPROVED AS TO SUBSTANCE AND FORM:

GREGORY & LARUE, PLLC
2800 Cantrell Road, Suite 202
Little Rock, Arkansas 72201
Ph. (501) 707-0464
ggregory@gregorylarue.com

By:   /s/Gena H. Gregory
    Gena H. Gregory

Stephen W. Jones
JACK NELSON JONES FINK
JILES & GREGORY, PA
425 W. Capitol Ave., Suite 3400
Little Rock, Arkansas 72201

Counsel for Plaintiff


FORD & HARRISON, LLP
795 Ridge Lake Blvd, Suite 300
Memphis, TN 38120
Ph:  (901)-291-1500
kpascover@fordharrison.com

By:   /s/Kathryn W. Pascover
    Kathryn W. Pascover    Tenn. #10280

Counsel for Defendants

- 2 -